EXHIBIT

C



**rosenbauer**
Firefighting Technology

To: Miller Fire Department
    Miller, Missouri

Date: March 17, 2009

We hereby propose and agree to furnish, after your acceptance of this proposal and the proper execution by the Miller Fire Department, hereinafter called the BUYER and an officer of Central States Fire Apparatus, LLC, a division of Rosenbauer America, hereinafter called the COMPANY, the following apparatus and equipment:

Central States Pumper Apparatus Body and Specified Equipment    $226,100.00

TOTAL .... $226,100.00

**Two Hundred Twenty Six Thousand and One Hundred Dollars**

All of which are to be built in accordance with the specifications, clarifications and exceptions attached, and which are made a part of this agreement and contract.

**Delivery:** The estimated delivery time for the completed apparatus, is to be made 325 days after receipt of and approval of this contract duly executed, (chassis must arrive within 120 days or delivery may be delayed), subject to all causes beyond the Company's control. A $100.00 per day penalty clause will apply if the completed vehicle is not delivered within the number of days set forth above. The quoted delivery time is based upon our receipt of the specified materials required to produce the apparatus in a timely manner. The Company can not be held responsible for delays due to Acts of God, Labor Strikes, or Changes in Governmental Regulations that result in delayed delivery to our manufacturing facilities of these specified materials. This delivery estimate is based on the Company receiving complete and accurate paperwork from the Buyer and that no changes take place during pre-construction, mid point inspections or final inspections. Changes required or requested by the Buyer during the construction process may be cause for an increase in the number of days required to build said apparatus.

**Payment Terms:** Final payment for the apparatus shall be made at time of delivery or pick up of the completed vehicle. It is the responsibility of the Buyer to have full payment ready when the apparatus is complete and ready to deliver. If payment is delayed or delivery is delayed pending payment, a daily finance and storage fee may apply. Upon delivery of the apparatus or upon pickup of the apparatus by the Buyer, Buyer agrees to provide all liability and physical damage insurance. It is further agreed that if on delivery and test, any defects should develop, the Company shall be given reasonable time to correct same. Guarantee of the chassis is subject to the guarantee of the chassis manufacturer.

The amount in this proposal shall remain firm for a period of 30 days from the date of same.

Respectfully submitted,        **BUYER**

**DEALER** _____ Max Fire Apparatus _____    We accept the above Proposal and
        enter into contract with signature below.

Sales Representative _____   _Stephen A. Jones_ Title _Pres._
        Rep's Name        _Tom Taylor_ Title _Vice President_

        _3-25-09_ Date

After company receipt of this document signed by the Buyer, the document will be reviewed and upon approval, countersigned by the Company putting the document in force.

**CENTRAL STATES FIRE APPARATUS, LLC**

_____ Title _CEO_

_4-1-09_ Date

**Central Division**
100 Third Street
PO Box 57
Lyons, SD 57041
605-543-5591
605-543-5593 Fax
sales@centralfire.com
www.centralfire.com

**General Division**
5181 260th Street
Wyoming, MN 55092
651-462-1000
651-462-1700 Fax
gsafa@aol.com

**RK Aerials, LLC**
870 South Broad Street
Fremont, NE 68025
402-721-7622
402-721-7622 Fax
rkladders@hotmail.com

**READY TO SERVE**