

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CENTRAL STATES FIRE APPARATUS, LLC, | \* | CIV. 09-4123 |
| | \* | |
| Plaintiff, | \* | |
| | \* | JUDGMENT |
| vs. | \* | |
| | \* | |
| MILLER RURAL FIRE PROTECTION ASSOCIATION, INC., | \* | |
| | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion and Order Re: Motion to Dismiss, which was issued on today's date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above action is dismissed without prejudice.

Dated this 15th day of February, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
       Deputy